Bankruptcy Case No. 08-35653-KRH

Adversary Proceeding No. 10-03401-KRH

# CERTIFICATE OF SERVICE

I, Mary de Leon _____, certify that I am, and at all times during the service of process was, not less than
      (name)
18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this
summons and a copy of the complaint was made December 3, 2010 _____ by:
                                                  (date)

**X**  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
   See attached Service List re service of (1) Summons and Notice in An Adversary Proceeding; (2) The Liquidating Trustee's Complaint to Avoid and
   Recover Preferential Transfers and Other Amounts Owing to the Estate and Objection to Claim No. 14289; and (3) Order Establishing Procedures for
   Avoidance Action Adversary Proceedings, including as attachments thereto the Avoidance Action Adversary Proceedings Procedures and List of Proposed
   Mediators.

___  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


___  Residence Service: By leaving the process with the following adult at:


___  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the
   following officer of the defendant at:


___  Publication: The defendant was served as follows: [Describe briefly]


___  State Law: The defendant was served pursuant to the laws of the State of _____,
   as follows: [Describe briefly]                                                    (name of state)


Under penalty of perjury, I declare that the foregoing is true and correct.

December 3, 2010                            _____/s/ Mary de Leon_____
      Date                                              Signature

| **Print Name** | | |
|---|---|---|
| Mary de Leon | | |
| **Business Address** | | |
| Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, Suite 1100 | | |
| **City** | **State** | **Zip** |
| Los Angeles | California | 90067 |

[ver. 05/02]

| | |
|---|---|
| Filed This 22st Day of December, 2010 | BY:  TAVENNER & BERAN, PLC |
| | ____/s/ Paula S. Beran_____ |
| | Lynn L. Tavenner (VA Bar No. 30083) |
| | Paula S. Beran (VA Bar No. 34679) |
| | 20 North Eighth Street, 2nd Floor |
| | Richmond, Virginia 23219 |
| | (804) 783-8300 |
| | |
| | *Co-Counsel for the Liquidating Trustee* |

## SERVICE LIST

ASM CAPITAL III, L.P.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

ASM CAPITAL III, L.P.
C/O THE CORPORATION TRUST COMPANY, REGISTERED AGENT
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

## SERVICE LIST

Steve Wayne, Esq.
Assistant General Counsel
Pitney Bowes, Legal Department
1 Elmcroft Road
Stamford, CT  06926-0700